*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**RICHARD RACKLEY**  Case No. 3:19-bk-30263-SHB
Chapter 7

Debtor.

## EX PARTE MOTION TO REDACT

Comes now Richard Rackley, debtor, by and through counsel hereby requests that this court enter an Order requiring the clerk to redact his social security information from his Statement Regarding Payment Advices [Doc. 8], as this information was inadvertently left in the filing. This motion may be heard *ex parte* pursuant to LR 9013(g)(1)(xiii).

Respectfully submitted this 19th day of February, 2019

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Attorney for Richard Rackley, Debtor
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 232
rej@qcflaw.com

# CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing **Motion** and **Proposed Order** have been furnished to the following by placing a copy in the U.S. Mail, first class, postage prepaid, email or the court ECF system to all parties listed below or on the attached mailing list this February 19, 2018:

Office of the U.S. Trustee
ATTN: Tiffany DiIorio
800 Market Street, Suite 114
Howard J. Baker Jr. US Courthouse
Knoxville, TN 37902


                                                                         */s/ Ryan E. Jarrard*
                                                                         Attorney