*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**RICHARD RACKLEY**                                Case No. 3:19-bk-30263-SHB
                                                                        Chapter 7

        Debtor.

## ORDER

Upon the ex parte application of Richard Rackley, Debtor, seeking permission to redact certain personal information from his Statement of Payment Advices [Doc.8], said motion is hereby GRANTED.

The bankruptcy court clerk is hereby ordered to redact from the public record the Debtor's social security number from his previously filed Statement of Payment Advices [Doc. 8].

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for Richard Rackley, Debtor
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com